387-07/GMV/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
SAMANTHA INTERNATIONAL CORP.,        07 Civ. 7468 (JFK)

                    Plaintiff,

-against-                            **NOTICE OF APPEARANCE**

SMIRNOV GROUP INCORPORATED a/k/a
SMIRNOV GROUP INC.,
                    Defendant.
-------------------------------------------------------------------x
SIRS:

    Please enter the additional appearance of the undersigned on behalf of the Plaintiff, SAMANTHA INTERNATIONAL CORP., to receive ECF notices in the above matter.

    We certify that we are admitted to practice in this Court.

Dated: New York, New York
       November 19, 2007

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff SAMANTHA
                                        INTERNATIONAL CORP.
                    By: _____
                                 Pamela L. Schultz (PS 8675)
                                        80 Pine Street
                                        New York, NY 10005
                                        (212) 425-1900
                                        (212) 425-1901 fax