GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*¦
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*†▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
¦ALSO ADMITTED IN LOUISIANA

## LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
### 80 PINE STREET
### NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

**MEMO ENDORSED**

November 16, 2007

Our ref: 387-07/GMV/PLS

The conference is adjourned to December 4, 2007, at 10:00 am.

**BY HAND**
The Honorable John F. Keenan
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street
Room 1930
New York, New York 10007

SO ORDERED.
Dated:   New York, New York
         November 19, 2007.

         /s/ John F. Keenan
         U.S.D.J.

RE: Samantha International Corp. v. Smirnov Group Incorporated
a/k/a OAO Smirnov Group Inc., 07 CV 7468 (JFK)

Dear Judge Keenan:

We represent plaintiff in the captioned action which involves a maritime attachment pursuant to supplemental Rule B against the assets of Defendant. We have been successful in restraining $100,000 belonging to Defendant and immediately provided Defendant with notice of the attachment. We have since provided notice of the conference scheduled for Tuesday, November 20, 2007 at 9:45 A.M.

This morning, we were contacted by Nikolay Smirnov, whom we understand to be the principal of the Defendant Smirnov, indicating that he would like the conference adjourned for a period of two weeks due to visa application requirements. We are a bit unclear why the representative of the corporate defendant would be coming in from Russia, but we have no objection to an adjournment of the conference for a period of approximately two weeks to accommodate Defendant.

NYDOCS1/294059.1

However, we believe that Defendant is obliged to appear through local counsel, and accordingly, we will recommend to Defendant that it seek New York counsel and offer to provide the names of counsel who can assist them in this maritime action.

We thank the Court for its attention to this matter.

Respectfully submitted,<br>
FREEHILL HOGAN & MAHAR, LLP<br>
<br>
Gina M. Venezia<br>
Pamela L. Schultz

PLS:lu