387-07/GMV/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia / Pamela L. Schultz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA INTERNATIONAL CORP. | **07-7468 (JFK)** |
| Plaintiff, | **AFFIDAVIT OF SERVICE OF ORDER TO SHOW CAUSE** |
| -against - | |
| SMIRNOV GROUP INCORPORATED a/k/a OAO SMIRNOV GROUP INC. | |
| Defendant. | |

STATE OF NEW YORK

COUNTY OF NEW YORK

    1.     I, PAMELA L. SCHULTZ, am an attorney admitted to practice before this Court

and an associate at Freehill Hogan and Mahar, LLP. Our office represents Plaintiff Samantha

International Corp. ("Samantha") in the captioned action which involves a maritime attachment

pursuant to Supplemental Admiralty Rule B against Defendant Smirnov Group Incorporated a/k/a

OAO Smirnov Group Inc. ("Smirnov"). I make this affidavit of service based upon my personal

knowledge.

    2.     In accordance with the Order to Show Cause signed by the Court on April 24,

2008, I served the Order to Show Cause, Memorandum in Support of Order to Show Cause, and

Declarations of Patrick M. Hawkins and Gina M. Venezia with exhibits by sending the same via e-

mail on April 24, 2008 at 4:53 p.m. to smirnov-so@yandex.ru. A copy of my e-mail is attached as Exhibit A.

3.      I understand that this e-mail was delivered to Smirnov because I received an e-mail message one minute after sending the message which reflected in the subject line that the message was "RELAYED-OK". I attach as Exhibit B the e-mail I received. When I inquired with our computer administrator as to the meaning of this message, I was advised that the message was delivered and further that the message was not an indication that the address was invalid.      I believe the e-mail address to which I sent the Order to Show Cause and related documents is a valid e-mail address, since I have corresponded with Mr. Nikolay Smirnov, the principal of Defendant Smirnov, at that e-mail address on a number of occasions, as more specifically set forth in my Affidavit of Service of Compliance with Supplemental Rule B(2) and filed with the Court on April 21, 2008.

4.      On the same date, April 24, 2008, I also served a copy of the Order to Show Cause and related pleadings via DHL.      The DHL tracking information confirms that these documents were delivered on May 4, 2008 at 11:44 am and signed for by "Smirnov". A copy of the tracking details are attached as Exhibit C.

7.      I have not heard from any representative of Defendant by telephone, e-mail, facsimile or any other form of correspondence in connection with the Order to Show Cause and related documents.

DATED:      New York, New York
            May 6, 2008

PAMELA L. SCHULTZ

Sworn to before me
This 6th day of May 2008.

Notary Public

Commission Expires March 1, 2011
Qualified in Richmond County
No. 01RI5008838
Notary Public, State of New York
ROBERT G. RIDENOUR, JR.

ROBERT G. RIDENOUR, JR.
Notary Public, State of New York
No. 01RI5008838
Qualified in Richmond County
Commission Expires March 1, 2011

NYDOCS1/304061.1                                                           2

## SCHULTZ, PAMELA L.

| | |
|---|---|
| **From:** | SCHULTZ, PAMELA L. |
| **Sent:** | Thursday, April 24, 2008 4:53 PM |
| **To:** | 'Smirnov Nikolay' |
| **Cc:** | VENEZIA, GINA |
| **Subject:** | Samantha International v. Smirnov Group |

**Attachments:**  Ltr to Smirnov.pdf; OSC.pdf; MOL OSC.pdf; Hawkins Decl (short).pdf; Venezia Decl. (short).pdf

Dear Mr. Smirnov,

Please find attached a cover letter and pleadings related to the captioned matter in New York.   In order to ensure that you receive all documents, we have sent them through six total e-mails.  This e-mail has all of the documents without the exhibits.  We will then send five separate e-mails, each of which contains the document with exhibits.

Regards,
Pamela L. Schultz
Freehill Hogan & Mahar
80 Pine Street, 24th Floor
New York, NY 10005
Tel: 212-381-3025
Fax: 212-425-1901

    

Ltr to Smirnov.pdf   OSC.pdf (140 KB)   MOL OSC.pdf (371   Hawkins Decl   Venezia Decl.
(73 KB)                                  KB)          (short).pdf (73 K...   (short).pdf (104...

**Tracking:**

| Recipient | | Delivery |
|---|---|---|
| 'Smirnov Nikolay' | | |
| VENEZIA, GINA | | Delivered: 4/24/2008 4:53 PM |



EXHIBIT

A

**SCHULTZ, PAMELA L.**

| | |
|---|---|
| **From:** | mailer-daemon@yandex.ru on behalf of The Post Office [postmaster@yandex.ru] |
| **Sent:** | Thursday, April 24, 2008 4:54 PM |
| **To:** | SCHULTZ, PAMELA L. |
| **Subject:** | Returned mail: see the transcript [RELAYED-OK(1)] |

**Attachments:**    ATT245928.txt; Samantha International v. Smirnov Group



ATT245928.txt
(419 B)

Samantha
International v. Smir.

This is a collection of reports about email delivery process concerning a message you originated.

Some explanations/translations for these reports can be found at:
    http://zmailer.org/delivery-report-decoding.html

If you are our customer, further help is available at email address: support@mail.yandex.ru
Reporting-MTA: dns; mxback2.yandex.ru
Return-Path: <SCHULTZ@freehill.com>
Arrival-Date: Fri, 25 Apr 2008 00:54:11 +0400
Local-Spool-ID: S2441358AbYDXUyL


RELAYED (into system not supporting DSN facility):
  Arrived Recipient:
    rfc822;smirnov-so%yandex.ru@mxc1.yandex.ru
  Original Recipient:
    rfc822;smirnov-so%yandex.ru@mxc1.yandex.ru
  Final Recipient:
    RFC822;smirnov-so@yandex.ru
  Status:
    2.5.0
  Last Attempt Date:
    Fri, 25 Apr 2008 00:54:13 +0400
  Diagnostic Code:
    smtp;250 (Delivered)
  Control data:
    tamail yandex.ru smirnov-so@yandex.ru 65534
  Diagnostic texts:
    ok

Following is a copy of MESSAGE/DELIVERY-STATUS format section below.
It is copied here in case your email client is unable to show it to you.
The information here below is in  Internet Standard  format designed to assist automatic, and accurate
presentation and usage of said information.
In case you need human assistance from the Postmaster(s) of the system which sent you this report, please
include this information in your question!

  Virtually Yours,

1

**EXHIBIT**

B

tabbies

Automatic Email Delivery Software

Reporting-MTA: dns; mxback2.yandex.ru
Arrival-Date: Fri, 25 Apr 2008 00:54:11 +0400
Local-Spool-ID: S2441358AbYDXUyL

Original-Recipient: rfc822;smirnov-so%yandex.ru@mxc1.yandex.ru
Final-Recipient: RFC822;smirnov-so@yandex.ru
Action: relayed
Status: 2.5.0
Last-Attempt-Date: Fri, 25 Apr 2008 00:54:13 +0400
Diagnostic-Code: smtp;250 (Delivered)


Following is copy of the message headers. Original message content may be in subsequent parts of this
MESSAGE/DELIVERY-STATUS structure.

Received: from mxfront21.yandex.ru ([77.88.32.21]:28614 "EHLO
        mxfront21.yandex.ru" smtp-auth: <none> TLS-CIPHER: <none> TLS-PEER-CN1:
        <none>) by mail.yandex.ru with ESMTP id S2441358AbYDXUyL;
        Fri, 25 Apr 2008 00:54:11 +0400
Received: from ny1.freehill.com ([38.117.166.124]:34575 "EHLO
        fhmny3.freehill.com" smtp-auth: <none> TLS-CIPHER: <none> TLS-PEER-CN1:
        <none>) by mail.yandex.ru with ESMTP id S6463761AbYDXUyB (ORCPT
        <rfc822;smirnov-so%yandex.ru@mxc1.yandex.ru>);
        Fri, 25 Apr 2008 00:54:01 +0400
X-Yandex-Spam: 1
X-Yandex-Front:       mxfront21
X-Yandex-TimeMark: 1209070441
Received-SPF: none (mxfront21: 38.117.166.124 is neither permitted nor denied by domain of freehill.com;
fakespf=pass) client-ip=38.117.166.124; envelope-from=SCHULTZ@freehill.com; helo=fhmny3.freehill.com;,
fakespf=pass
Received: from fhmny2.freehill.com (unverified) by fhmny3.freehill.com
    (Clearswift SMTPRS 5.2.9) with ESMTP id
    <T868dc353d30a0a0a0d1158@fhmny3.freehill.com> for
    <smirnov-so@yandex.ru>; Thu, 24 Apr 2008 16:53:26 -0400
X-MimeOLE: Produced By Microsoft Exchange V6.5
Content-class: urn:content-classes:message
Return-Receipt-To: "SCHULTZ, PAMELA L." <SCHULTZ@FREEHILL.COM>
MIME-Version: 1.0
Content-Type: multipart/mixed;
    boundary="----_=_NextPart_001_01C8A64D.3F750D6C"
Disposition-Notification-To: "SCHULTZ, PAMELA L." <SCHULTZ@FREEHILL.COM>
Subject: Samantha International v. Smirnov Group
Date:   Thu, 24 Apr 2008 16:53:28 -0400
Message-ID: <0AB4FD7F6022A145B0F3BC805B9D114B859B5F@fhmny2.freehill.com>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Samantha International v. Smirnov Group
Thread-Index: AcimTUC+LVP29Kj7RoS9tfcs1rE/lw==
From: "SCHULTZ, PAMELA L." <SCHULTZ@FREEHILL.COM>

2

To:    "Smirnov Nikolay" <smirnov-so@yandex.ru>
Cc:    "VENEZIA, GINA" <VENEZIA@FREEHILL.COM>



# Tracking

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 8172408915 | New York, NY - USA | Moscow region - Russian Federation, The | Signed for by: SMIRNOV Shipment delivered May 04, 2008 11:44 ✓ |

## 8172408915 - Detailed Report

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| April 24, 2008 | 18:41 | New York, NY - USA | Shipment picked up |
| April 24, 2008 | 23:04 | New York, NY - USA | Departed from DHL facility in New York - USA |
| April 25, 2008 | 00:22 | Elizabeth, NJ - USA | Arrived at DHL facility in Elizabeth - USA |
| April 25, 2008 | 00:31 | Elizabeth, NJ - USA | Departed from DHL facility in Elizabeth - USA |
| April 25, 2008 | 01:17 | DHL Wilmington Airpark, OH - USA | Arrived at DHL facility in DHL Wilmington Airpark - USA |
| April 25, 2008 | 02:35 | DHL Wilmington Airpark, OH - USA | Transferred through DHL Wilmington Airpark - USA |
| April 25, 2008 | 05:53 | DHL Wilmington Airpark, OH - USA | Departed from DHL facility in DHL Wilmington Airpark - USA |
| April 25, 2008 | 09:39 | New York City Gateway, NY - USA | Departed from DHL facility in New York City Gateway - USA |
| April 25, 2008 | 22:47 | Leipzig - Germany | Arrived at DHL facility in Leipzig - Germany |
| April 26, 2008 | 05:35 | Leipzig - Germany | Departed from DHL facility in Leipzig - Germany |
| April 26, 2008 | 11:31 | Moscow region - Russian Federation, The | Arrived at DHL facility in Moscow region - Russian Federation, The |
| April 26, 2008 | 11:46 | Moscow region - Russian Federation, The | Shipment arrived at wrong facility. Sent to correct destination |
| April 26, 2008 | 13:16 | Moscow region - Russian Federation, The | Departed from DHL facility in Moscow region - Russian Federation, The |
| April 26, 2008 | 13:56 | Moscow - Russian Federation, The | Arrived at DHL facility in Moscow - Russian Federation, The |
| April 28, 2008 | 08:31 | South of Moscow Metro - Russian Federation, The | With delivery courier |
| April 28, 2008 | 08:36 | South of Moscow Metro - Russian Federation, The | Scheduled for delivery |
| April 28, 2008 | 09:08 | South of Moscow Metro - Russian Federation, The | Shipment on hold |
| April 28, 2008 | 11:52 | South of Moscow Metro - Russian Federation, The | Departed from DHL facility in South of Moscow Metro - Russian Federation, The |
| April 28, 2008 | 12:44 | Moscow - Russian Federation, The | Arrived at DHL facility in Moscow - Russian Federation, The |



EXHIBIT

C

| April 28, 2008 | 16:14 | Moscow - Russian Federation, The | Shipment on hold |
| April 29, 2008 | 08:38 | Moscow region - Russian Federation, The | With delivery courier |
| April 29, 2008 | 10:49 | Moscow region - Russian Federation, The | Address Information needed; contact DHL |
| April 29, 2008 | 23:33 | Moscow - Russian Federation, The | Address Information needed; contact DHL |
| May 04, 2008 | 08:39 | Moscow region - Russian Federation, The | With delivery courier |
| May 04, 2008 | 11:44 | Moscow region - Russian Federation, The | Shipment delivered |

Try a new search.

©2008    ▶ DHL International GmbH. All Rights Reserved